IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AONDRAY PEOPLES, SR., | ) | No. C 05-0254 MMC (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SHERIFF MICHAEL HENNESSEY, et al., | ) | (Docket Nos. 2 & 5) |
| Defendants. | ) | |

Plaintiff, an inmate at Santa Clara County jail proceeding pro se, filed the above-titled civil rights complaint pursuant to 42 U.S.C. § 1983. All of the allegations in the complaint are identical to the allegations in a previous complaint filed by plaintiff, which complaint was dismissed for failure to state a cognizable claim for relief. See Peoples v. Hennessey, et al., No. C 04-3196 MMC (PR). A complaint that merely repeats pending or previously litigated claims may be dismissed sua sponte. . See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988). As the claims in plaintiff's complaint are duplicative of the claims raised and dismissed in plaintiff's earlier case, the above-titled action is hereby DISMISSED as duplicative. In light of this dismissal, the application to proceed in forma pauperis is DENIED, and no fee is due.

This order terminates Docket Nos. 2 and 5.

The Clerk shall close the file and terminate any pending motions..

IT IS SO ORDERED.

DATED: May 18, 2005        /s/ Maxine M. Chesney
                           MAXINE M. CHESNEY
                           United States District Judge